IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINNIE SUE (LEWIS) SURBER                                                 PLAINTIFF

vs.                          Civil No. 4:08-cv-04001

MICHAEL J. ASTRUE                                                       DEFENDANT
Commissioner, Social Security Administration

### J U D G M E N T

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED** this **25th day of March 2009.**

                                                                               /s/  Barry A. Bryant
                                                                               HON. BARRY A. BRYANT
                                                                               U. S. MAGISTRATE JUDGE